## Frank Anderson, Appellant, v. Thelma Smith, Appellee.

Gen. No. 44,141.

opinion
filed June 27, 1947; released for publication July 16, 1947.   Thaddeus B. Rowe, for appellant; no appearance for appellee.   Opinion by JUSTICE BURKE.   Not to be published in full.